## DuDONIS *v.* DIRECTOR OF PATUXENT INSTITUTION

[App. No. 54, September Term, 1964.]

*Decided November 13, 1964.*

Before HENDERSON, C. J., and HAMMOND, PRESCOTT, HORNEY and SYBERT, JJ.

PER CURIAM.

Application for leave to appeal from a denial of post conviction relief is denied for the reasons set out in the opinion of Judge Carter in the court below.

*Application denied.*